UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 29 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

TONI P. IRONS BURLEY, )
)
    Plaintiff, )
)
v. ) Civil Action No. **11 1195**
)
UNITED STATES GOVERNMENT, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's three *pro se* complaints and applications for leave to proceed *in forma pauperis*. The application will be granted but the complaints, which the Court consolidates for purposes of this Memorandum Opinion, will be dismissed.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges fraud, conspiracy and corruption on the part of government officials, including the President of the United States. Absent form her complaints, however, are factual

1



allegations sufficient to put the defendants on notice of any viable claims. As drafted, the pleadings do not comply with Rule 8(a), and they will be dismissed without prejudice.

An Order consistent with this Memorandum Opinion is issued separately on this same date.

/s/
_____
United States District Judge

DATE:
6/24/11